Jack WELLS, Plaintiff In Error,

v.

The STATE of Oklahoma, Defend-
ant In Error.

No. A–14195.

Court of Criminal Appeals of Oklahoma.

May 31, 1967.

John C. Caldwell, Ardmore, for plaintiff
in error.

G. T. Blankenship, Atty. Gen., for de-
fendant in error.

NIX, Presiding Judge.

Plaintiff in Error, Jack Wells, was
charged in the County Court of Carter
County, Oklahoma, with the crime of Un-
lawful Sale of Intoxicating Liquor, and was
sentenced to 30 days in the county jail, and
to pay a fine of $100.00. From that judg-
ment and sentence he has appealed to this
Court.

This cause was filed in this Court
on February 1, 1967, and a brief from
plaintiff in error was due within Twenty
(20) days thereafter. No brief was ever
filed, nor any application for extension of
time in which to file said brief. Therefore,
on March 28, 1967, this cause was summarily
submitted for examination for fundamental
error only, in accordance with Rule 6 of
this Court. See, Ashby v. State, Okl.Cr.,
406 P.2d 1007; and, Fryar v. State, Okl.Cr.,
385 P.2d 818.

This Court has examined the record
in this cause, and find no fundamental

error. The evidence is sufficient, altho conflicting, to support the verdict. The jury chose to believe the evidence presented in behalf of the state, and this is not error.

We are of the opinion, therefore, that the defendant was afforded a fair trial, and that the judgment and sentence of the County Court of Carter County should be, and the same is, hereby affirmed.

BUSSEY and BRETT, JJ., concur.